**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-1670**

---

HAROLD MARTIN BRAUNER,

          Plaintiff - Appellant,

  versus

STATE OF MARYLAND DEPARTMENT OF NATURAL
RESOURCES,

          Defendant - Appellee.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge.
(CA-96-3136-JFM)

---

Submitted:  September 11, 1997  Decided:  September 19, 1997

---

Before RUSSELL, MURNAGHAN, and HAMILTON, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Harold Martin Brauner, Appellant Pro Se.  Marianne Dise Mason, OF-
FICE OF THE ATTORNEY GENERAL OF MARYLAND, Annapolis, Maryland, for
Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting summary judgment to his former employer and dismissing his employment discrimination action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Brauner v. Maryland Dep't of Natural Resources</u>, No. CA-96-3136-JFM (D. Md. May 12, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>